# IN THE COURT OF APPEALS OF THE STATE OF WASHINGTON

## DIVISION II

| | |
|---|---|
| STATE OF WASHINGTON, | No. 55855-6-II |
| Respondent, | |
| v. | ORDER GRANTING MOTION FOR RECONSIDERATION AND |
| JUSTIN WILLIAM HAMMONS, | WITHDRAWING OPINION |
| Appellant. | |

The unpublished opinion in this matter was filed on October 24, 2023. Upon the motion of Appellant for reconsideration filed November 9, 2023, it is hereby

ORDERED that Appellant's motion for reconsideration is GRANTED; the opinion previously filed on October 24, 2023 is withdrawn. A new opinion will be filed in due course.

IT IS SO ORDERED.

_____
PRICE, J.

We concur:

_____
VELJACIC, P.J.

_____
CHE, J.